IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 29 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01554-REB-BNB

JASON M. FRITZ,

Plaintiff,

v.

KATHERINE SANGUINETTI,
ANTHONY DECESARO,
DAVE TEIGEN,
LINDA MAIFELD, and
CHARLIE POHL,

Defendants.

___

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

___

This matter is before me on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. §1915. The Court has granted plaintiff(s) leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant(s). If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other orders upon the defendant(s). If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant(s) or counsel for the defendant(s) shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant(s).

Dated November 22, 2005

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01554-REB-BNB

Jason M. Fritz
Prisoner No. 95658
CTCF – CH 7
PO Box 1010
Canon City, CO 81215- 1010

US Marshal Service
Service Clerk
Service forms for: Anthony Decesaro

Katherine Sanguinetti, Dave Teigen,
Linda Maifeld, and Charlie Phol– WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
2862 S. Circle Drive, Suite 400
Colorado Springs, CO 80906-4122

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to U.S. Marshal Serivce, and Cathie Holst for process of service on Anthony Decesaro, Katherine Sanguinetti, Dave Teigen, Linda Maifeld, and Charlie Phol: COMPLAINT FILED 8/15/05, SUMMONS, WAIVER*, AND CONSENT FORM on  11/29/05  .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk