**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 05-cv-01554-REB-BNB

JASON M. FRITZ,

    Plaintiff,

v.

KATHERINE SANGUINETTI,
ANTHONY DECESARO
DAVE TEIGEN,
LINDA MAIFELD, and,
CHARLIE POHL,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Joint Stipulated Motion to Dismiss With Prejudice** [#39], filed March 12, 2007. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulated Motion To Dismiss With Prejudice** [#39], filed March 12, 2007, is **GRANTED**; and

2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 12, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**